**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

| | |
|---|---|
| IN THE MATTER OF: | CASE NO. 06-32675 |
| | (CHAPTER 13) |
| THOMAS M. TRAPP | (JUDGE WALDRON) |
| JENNIFER C. TRAPP | |
| | **MOTION OF GMAC, NORTH AMERICA FOR REMOVAL OF STAYS RE: A 2004 TOYOTA CAMRY #4T1BE32K64U284674** |
| Debtors | |

GMAC, NORTH AMERICA

    Movant

v.

THOMAS M. TRAPP

    Respondent

*****************************************************************************

**NOTICE: ANY RESPONSIVE MEMORANDUM SHALL BE FILED WITHIN TWENTY (20) DAYS FROM THE DATE OF SERVICE OF THE MOTION UNLESS OTHERWISE PROVIDED BY THE COURT. A FAILURE TO FILE A RESPONSE AND ACCOMPANYING MEMORANDUM ON A TIMELY BASIS MAY CAUSE THE STAY TO BE LIFTED.**

Now comes GMAC North America ("Movant"), through its attorney, and respectfully represents that this Motion is a proceeding filed under the provisions of Section 362(d), (e) and (f) of Title 11 United States Code and Rule 4001 Bankruptcy Rules.

1. Thomas M. Trapp also known as Thomas Trapp ("Respondent") and his wife, Jennifer C. Trapp, have filed a Petition for relief under Chapter 13 of the said Title 11.

2. Movant is the holder of a security interest in Respondent's 2004 Toyota Camry bearing VIN: 4T1BE32K64U284674 (the "Motor Vehicle"). Copies of the Title and Note are attached hereto as Exhibits "A" and "B", respectively. The retail value of the Motor Vehicle is $14,450.00, as evidenced by the September 2007 NADA value guide attached hereto as Exhibit "C". The balance due to Movant is $10,538.72.

3. Respondent's plan provides that Respondent's mother-in-law is to make direct payments to Movant. However, Respondent's mother-in-law is approximately $1,309.44 in arrears in said payments. Moreover, Movant has been unable to verify insurance coverage on the Motor Vehicle.

4. Based upon the foregoing, Movant argues that it lacks adequate protection of its security interest, and there is just cause for terminating the stays against it.

5. Movant further provides that if it is not permitted to foreclose on its interest in the Motor Vehicle, it will suffer pecuniary loss and damage.

WHEREFORE, Movant prays this Court for an Order as follows:

A. For an Order of the Court relieving Movant from any and all stays against it as to Respondent, the Motor Vehicle, and Respondent's interest therein.

B. For an Order of the Court granting Movant immediate relief from the automatic stay, and finding that the ten-day stay provision of FRBP 4001(a)(3) is not applicable.

C. For such other relief which may be just and equitable in the premises, and for Movant's costs of these proceedings and reasonable attorney fees.

Respectfully submitted,

/s/ John G. Jansing
John G. Jansing #0040926
HEDRICK & JORDAN CO., L.P.A.
Attorney for Movant
124 East Third Street, Suite 300
Dayton, Ohio 45402
(937) 228-3889   FAX: (937) 223-3848

## **MEMORANDUM**

Movant argues that the stays should be removed as Respondent's mother-in-law is to make direct payments to Movant and is in arrears in payments on the obligation to Movant. Moreover, insurance coverage cannot be verified. As a result, Respondent has failed to adequately protect the financial interests of Movant. Exhibits and supporting evidence will be introduced at trial, if necessary.

Witness:    Doris Ray or her designee
P.O. Box 310
North Olmsted, OH 44070

Any responsive filing or memorandum shall be filed within twenty (20) days from the date of service of Motion unless otherwise provided for by the Court.

Respectfully submitted,

/s/ John G. Jansing
John G. Jansing, Attorney for Movant

## CERTIFICATION

The undersigned hereby certifies that a true copy of the above Motion was forwarded to the following by ordinary U.S. Mail, postage prepaid, this 2nd day of October, 2007:

Office of the U.S. Trustee
170 N. High Street, Suite 200
Columbus, OH 43215-2417

Thomas M. Trapp
2564 Acorn Drive
Dayton, OH 45419

Jeffrey M. Kellner, Trustee
131 N. Ludlow Street, Suite 900
Dayton, OH 45402-1161

Jennifier C. Trapp
2564 Acorn Drive
Dayton, OH 45419

Michael J. Ellerbrock, Esq.
4403 N. Main Street
Dayton, OH 45405-5016

/s/ John G. Jansing
John G. Jansing, Attorney for Movant