Form 30rstyhg

**United States Bankruptcy Court**
**Southern District of Ohio**
**120 West Third Street**
**Dayton, OH 45402−1819**

In Re:  Thomas M Trapp
　　　　Jennifer C Trapp
　　　　　　Debtor(s)

SSN/TAX ID:
　　xxx−xx−1269
　　xxx−xx−3344

Case No.: 3:06−bk−32675

Chapter:  13

Judge:  Guy R Humphrey

**ORDER CONSOLIDATING PRELIMINARY AND FINAL HEARING ON MOTION**
**FOR RELIEF FROM AUTOMATIC STAY AND ORDERING OTHER MATTERS,**
**TOGETHER WITH NOTICE OF FINAL HEARING**

A motion for relief from the automatic stay, pursuant to 11 U.S.C. §362(d) having been filed by GMAC, North America on October 2, 2007 in the above captioned matter,

IT IS ORDERED:

(1) That the preliminary and final hearing on this matter shall be and hereby are consolidated and shall be held before the Court on **November 1, 2007 at 09:30 AM** in West Courtroom, U.S. Bankruptcy Court, 120 West Third Street, Dayton, OH 45402.

(2) That any responsive pleadings shall be filed with the clerk and served upon all adverse parties and any trustee on or before **October 22, 2007 .**

(3) That a party intending to introduce documentary evidence at the hearing shall prepare in advance, copies of the original documents in the number required to provide a copy to the Court and all parties.

(4) That should any party fail to appear at the final hearing the Court will dismiss or deny the motion, grant the relief, order sanctions, or take such other action authorized by law.

**(5) That if no responsive pleading if filed as provided above** *the hearing will not be held. The Movant shall file a certification of proper service and lack of response pursuant to LBR 9021−1(a)(1) and the clerk may enter a form order approved by the Court.*

Dated: October 4, 2007

_____
Guy R Humphrey
United States Bankruptcy Judge

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0648-3           User: riosr                 Page 1 of 1                  Date Rcvd: Oct 04, 2007
Case: 06-32675                 Form ID: 30rstyhg           Total Served: 6

The following entities were served by first class mail on Oct 06, 2007.
db           +Thomas M Trapp,    2564 Acorn Drive,    Dayton, OH 45419-2331
jdb          +Jennifier C Trapp,    2564 Acorn Drive,    Dayton, OH 45419-2331
aty          +Michael J Ellerbrock,    4403 North Main Street,    Dayton, OH 45405-5039
tr           +Jeffrey M Kellner,    131 N Ludlow St,    Suite 900,    Dayton, OH 45402-1161
ust           Asst US Trustee (Day),    Office of the US Trustee,    170 North High Street,    Suite 200,
               Columbus, OH   43215-2417
The following entities were served by electronic transmission on Oct 04, 2007.
aty          +E-mail/Text: jjansing@hedrickjordan.com                           John G Jansing,    124 E Third St,
               Suite 300,    Dayton, OH 45402-2177
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Oct 06, 2007**                            Signature:    _Joseph Speetjens_