**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

IN RE:                                            CASE NO. 06-32675
                                                            (CHAPTER 13)

THOMAS M. TRAPP                      (JUDGE HUMPHREY)
JENNIFER C. TRAPP

               Debtors

**CERTIFICATION OF PROPER SERVICE AND LACK OF RESPONSE
AS TO THE MOTION TO OBTAIN RELIEF FROM STAYS FILED
BY GMAC, NORTH AMERICA RE: A 2004 TOYOTA CAMRY
<u>BEARING VIN: 4T1BE32K64U284674</u>**

       This cause came on to be heard upon the Motion of GMAC, North America to Obtain Relief from Stays filed October 2, 2007 (Doc. #26). Said Motion contained the notice required by Local Bankruptcy Rule 9013-1(a), and was properly served. There has been no response filed to the Motion.

                                                         Respectfully submitted,

                                                         HEDRICK & JORDAN CO.
                                                         A Legal Professional Association

                                                         By:    <u>/s/ John G. Jansing</u>
                                                            John G. Jansing #0040926
                                                            Attorney for GMAC
                                                            124 East Third Street, Suite 300
                                                            Dayton, Ohio 45402
                                                            (937) 228-3889   FAX: (937) 223-3848
                                                            E-Mail Address: jjansing@hedrickjordan.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 29th day of October 2007, a copy of the foregoing Certification was electronically served upon the Office of the U.S. Trustee at ustpregion09.cb.ecf@usdoj.gov, Jeffrey M. Kellner, Trustee at ecfclerk@dayton13.com and Michael J. Ellerbrock, Esq. at mellerbrock.ecf@earthlink.net, all registered ECF participants, through the Court's transmission facilities and that the following persons were mailed a copy of the Certification by ordinary U.S. Mail, postage prepaid, addressed to:

| | |
|---|---|
| Thomas M. Trapp | Jennifier C. Trapp |
| 2564 Acorn Drive | 2564 Acorn Drive |
| Dayton, OH 45419 | Dayton, OH 45419 |

/s/ John G. Jansing
John G. Jansing, Attorney for GMAC