Form a0grmsty

# United States Bankruptcy Court
## Southern District of Ohio
## 120 West Third Street
## Dayton, OH 45402–1819

In Re:  Thomas M Trapp
       Jennifer C Trapp
           Debtor(s)

SSN/TAX ID:
    xxx–xx–1269
    xxx–xx–3344

Case No.: 3:06–bk–32675

Chapter: 13

Judge: Guy R Humphrey

## ORDER GRANTING MOTION FOR RELIEF
## FROM THE AUTOMATIC STAY AND/OR CODEBTOR STAY
### (Creditor)

On October 2, 2007 creditor GMAC, North America filed a motion seeking relief from the automatic stay imposed by 11 U.S.C. §362 and/or codebtor stay imposed by 11 U.S.C. §1201 or §1301.

The movant has filed a certification that complies with Local Bankruptcy Rule 9021–1(a)(1), including a statement that service and notice have been made pursuant to Local Bankruptcy Rules 4001–1(b) and (c) and 9 013–3(a) and that no timely response has been filed.

Therefore, under the authority granted by Local Bankruptcy Rules 4001–1(d), 9013–1(e) and 9021–1(a), relief from the stay imposed by 11 U.S.C §362(a) and/or relief from the codebtor stay imposed by 11 U.S.C. §1201 or §1301 is granted.

**IT IS SO ORDERED.**

Dated: October 30, 2007

                                            FOR THE COURT:
                                            Kenneth Jordan
                                            Clerk, U.S. Bankruptcy Court