***NOT INCLUDED IN ELECTRONIC FILE***

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICTOF OHIO
-------------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 13 |
|     Trapp;Jennifier C | Case No: 0632675 |
| | Unsecured Claim Amt::   $5,150.46 |
| | Secured Claim Amt:       $0.00 |
| 2564 Acorn Dr | Trustee: Jeffrey M. Kellner |
| Kettering, OH 45419 | Court Unsecured Claim No: 7 |
| | Trustee Unsecured Claim No.: 0019 |
| | Court Secured Claim No. : |
|               Debtor (s) | Trustee Secured Claim No.: |

**JOINT NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (2), WAIVER OF OPPORTUNITY TO OBJECT, AND REQUEST FOR NOTICE PURSUANT TO FRBP 2002**

LVNV Funding LLC its successors and assigns as assignee of National City Bank (the "Purchaser/Transferee/Assignee") hereby provides notice of the unconditional sale and transfer of all right, title, and interest in and to the Claims (as such is defined in the Purchase and Sale Agreement dated 6/26/2007 by and betweenn the Seller/Transferor/Assignor and Purchaser/Transferee/Assignee) including the Claim referenced above (the "Bankruptcy Claim").

Pursuant to Bankruptcy Rule 3001 (e) (2) and the foregoing assignment, the Purchaser/ Transferee/Assignee hereby requests that it be substituted for the Seller/Transferor/Assignor as the record holder of the Bankruptcy Claim for all purposes in these proceedings. As is set forth in the attached assignment, the Seller/Transferor/Assignor concurs with the request, and is aware of the transfer, and declines its opportunity to object under FRBP 3001 (e) (2). Accordingly, the Purchaser/Transferee/Assignee requests that the transfer of the Bankruptcy Claim be made immediately upon the docketing of the **Joint Notice of Transfer of Claim**.

Purchaser/Transferee/Assignee further requests that it be added to the mailing matrix in the above case pursuant to Bankruptcy Rule 2002, so as to receive copies of all notices and pleadings sent to creditors or other parties in interest.

The original Proof of Claim may have been filed by the Seller/Transferor/Assignor under its name or the name of any of the following acquired institution(s):

Account number: 1898  *4489000404491898*
Trustee/Orig Acct # : 1898   *4489-0004-0449-1898*
Dated: November 9, 2007

| **SELLER/TRANSFEROR/ASSIGNOR:** | **PURCHASER/ASSIGNEE/TRANSFEREE:** |
|---|---|
| **National City Bank** | **LVNV Funding LLC its successors and assigns as assignee of National City Bank** |
| **1 NCC Parkway** | **c/o RESURGENT CAPITAL SERVICES** |
| **Kalamazoo, MI 49009** | **P. O. BOX 10587** |
| | **GREENVILLE, SC  29603-0587** |
| | **Toll Free:  (877) 264-5884** |
| | **Fax:         (864) 678-8790** |
| **By: See attached assignment** | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

ASN:                                                     **By:   /s/ Joyce Montjoy**
PORT: 8070                                           **JOYCE MONTJOY**
CT:  175

8070

## EXHIBIT B

## ([SELLER]'S LETTERHEAD)

## ASSIGNMENT OF ACCOUNTS

National City Bank ("Seller"), for value received, without recourse, to the extent permitted by applicable law, transfers, sells, assigns, conveys, grants and delivers to Sherman Originator LLC ("Buyer"), who simultaneously assigns to LVNV Funding LLC ("Subsequent Buyer") all rights, title and interest in and to (i) Seller's chapter 13 credit card accounts (specify type of account and whether account or receivables) which are described on the Disk furnished by Seller to Buyer in connection herewith and listed on the print-out attached hereto as Schedule 1; (ii) all payments on and proceeds of such accounts (each, an "Account") after the close of business on June _21st, 2007 and (iii) all claims arising out of or relating to each Account.

The Accounts include accounts which were previously owned by _____ **National City**

Seller hereby stipulates that Subsequent Buyer may be substituted for Seller as the valid owner of the Accounts and hereby irrevocably waives any and all notice, hearing requirements imposed by or right to object under Bankruptcy Rule 3001(e)(2) or otherwise.

Each of the obligations of Seller required to be performed by Seller on or prior to the date hereof pursuant to the terms of the Purchase and Sale Agreement for Bulk Accounts dated June 26th, 2007, by and between Seller and Buyer, (the "Agreement") has been duly performed; and all representations and warranties of Seller made under such Agreement are true and correct as of the date hereof.

Dated: 06/2C/07

National City Bank

By: _____
Bob Strunk