Form 210A (10/06)

# United States Bankruptcy Court

SOUTHERN DISTRICT OF OHIO

In Re: TRAPP; THOMAS                                      Case No. 0632675

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE, or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in the evidence and notice.

PRA Receivables Management, LLC., as agent of
Portfolio Recovery Associates, LLC
-----------------------------------------
Name of Transferee

LVNV Funding LLC
-------------------------------------------
Name of Transferor

Name and Address where notices to transferee
should be sent:
POB 41067
NORFOLK, VA 23541

Court Claim # (if known): 12
Amount of Claim: $8,869.61
Date Claim Filed: 12/12/2006

Phone: (877)829-8298
Last Four Digits of Acct # :  7748

Phone:
Last Four Digits of Acct #:

Name and Address where transferee payments
Should be sent (if different from above)
PO Box 12914
NORFOLK, VA 23541

Phone: (877)829-8298
Last Four Digits of Acct # : 7748

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of knowledge and belief.

By: /s/ Dolores Garcia                                    Date: 5/7/2008
    -------------------------------------------
        Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

