TRUSTEE NON-ELECTRONIC

Form 210A (10/06)                                                                                              TRAPP OH0015

# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF OHIO, DAYTON DIVISION

In re __THOMAS M TRAPP__                              Case No. ____06-32675-GRH_____
      JENNIFER C TRAPP
      AKA:THOMAS TRAPP

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed 11 U.S.C. §1111(a).
Transferee hereby gives evidence and notice pusuant to Rule 3001(e)(2), Fed R. Bankr., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| eCAST Settlement Corporation | GE Money Bank aka GE Consumer Finance |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

    eCAST Settlement Corporation
    POB 35480
    Newark NJ 07193-5480

Court Claim # (if known): ___6_____
Amount of Claim: _____7,994.10_____
Date Claim Filed: _____10/04/2006_____

Phone: _____610-644-7800_____                    Phone: _____888-676-2722_____
Last Four of Acct #: _____7233_____                Last Four of Acct #: _____7233_____
Last Four of Alternate Acct #: _____             Last Four of Alternate Acct #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/Alane A. Becket_____                 Date:_____08/04/2008_____
    Alane A. Becket, Esquire, PA65451
    Becket & Lee LLP, Attorney/Agent for Creditor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

GMB70806