Print Document Page 1 of 1
Case 3:06-bk-32675 Doc 46-1 Filed 04/21/10 Entered 04/21/10 16:37:18 Desc
Exhibit A Page 1 of 1

Ex A

## SURVIVORSHIP DEED

FILE NO.: 01C00123

JORGE F. ROSAL and RHONDA J. ROSAL, husband and wife, of Montgomery County,

*for valuable consideration paid, grants, with general warranty covenants, to* THOMAS M. TRAPP, unmarried and JENNIFER C. KLINE, unmarried

*for their joint lives, remainder to the survivor of them, whose tax-mailing addresses are*
2594 ACORN DRIVE, KETTERING, OHIO 45419

*the following* **Real Property:** *Situated in the County of* Montgomery *in the State of Ohio and in the* City *of* Kettering

Situate in the City of Kettering, County of Montgomery, State of Ohio and being Lot Numbered ONE (1) Kettering View as recorded in Plat Book "KK", Page(s) 15 of the Plat Records of Montgomery County, Ohio.

Said premises are conveyed subject to all restrictions, conditions and covenants and to all legal highways and easements of record.

Judy Dodge, Recorder
Montgomery County
DEED-01-013339 0001
$14.00 02/08/01 13:05:24

And, excepting taxes and assessments due and payable in June, 2001 and thereafter.

Microfiche No. 00-806C11
*Prior Instrument Reference:* *of the Deed Records of* Montgomery *County, Ohio. Parcel No.* N64-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

, *of the Grantor, releases all rights of dower therein.*

*Witness* their *hand(s) this* 31st *day of* January , 2001.

*Signed and acknowledged in the presence of:*

_____          _____
James W. Sanders                  JORGE F. ROSAL

_____          _____
Norman C. Orf                     RHONDA J. ROSAL

*State of* OHIO  *County of* MONTGOMERY  ss.

*Be It Remembered,* That on this 31st day of January, 2001, before me, *the subscriber, a Notary Public in and for said state, personally came* JORGE F. ROSAL and RHONDA J. ROSAL, husband and wife, *the Grantor(s) in the foregoing deed,*

*and acknowledged the signing thereof to be* their *voluntary act and deed.*

*In Testimony Thereof,* I have hereunto subscribed my name and affixed my seal on this day and year aforesaid.

_____
NORMAN C. ORF, Notary Public
In and for the State of Ohio
My Commission Expires Feb. 17, 2003

*This instrument was prepared by* Christ L. Zavakos, Attorney at Law

DEED 01-00054 EVG