

**BANK ONE.**

# DISCLOSURE STATEMENT

| Principal | Loan Date | Maturity | Loan No | Call / Coll | Account | Officer | Initials |
|---|---|---|---|---|---|---|---|
| $76,135.00 | 09-27-2003 | 10-01-2033 | [redacted] | | [redacted] | | |

References in the shaded area are for Lender's use only and do not limit the applicability of this document to any particular loan or item. Any item above containing "****" has been omitted due to text length limitations.

**Borrower:** THOMAS M TRAPP and JENNIFER C TRAPP
2564 ACORN DR
KETTERING, OH 45419

**Lender:** Bank One, N.A.
100 East Broad Street
Columbus, OH 43271

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments |
|---|---|---|---|
| The cost of my credit as a yearly rate. | The dollar amount the credit will cost me. | The amount of credit provided to me or on my behalf. | The amount I will have paid after I have made all payments as scheduled. |
| 7.210% | $110,024.00 | $76,060.00 | $186,084.00 |

**PAYMENT SCHEDULE.** Borrower's payment schedule will be 360 monthly payments of $516.90 each, beginning November 1, 2003.

**PREFERRED RATE FEATURE.** The interest rate on this loan includes a preferred rate reduction. If the preferred rate reduction is terminated, the interest on my loan will increase to 7.450%. The increase will take the form of more payments of the same amount. Following is a description of the event that would cause the preferred rate reduction to terminate.

**Description of Event That Would Cause the Preferred Rate Reduction to Terminate.**
The rate reduction is a result of my election to remit the regular payments due through the use of automatic deductions from a Bank One account designated by me in a separate document. I understand that I must continue automatic payment deductions in order to receive this rate discount. If Lender or I terminate automatic payment deductions, whether voluntarily or involuntarily or for any reason whatsoever, my interest rate will increase by the amount of the rate reduction.

**EXAMPLE OF EFFECT OF INTEREST RATE INCREASE.** If the interest rate increased by 0.250% on October 30, 2003, I would have to make 38 additional payments.

**PROPERTY INSURANCE.** I may obtain property insurance from anyone I want that is acceptable to Lender.

**SECURITY.** A security interest is being given in MY HOME, in addition to Lender's security interest and other rights in my deposit accounts.

**LATE CHARGE.** If a payment is 10 days or more late Borrower will be charged $25.00.

**PREPAYMENT.** If I pay off early, I will not be entitled to a refund of the prepaid finance charges, and I may have to pay a penalty.

I will look at my contract documents for any additional information about nonpayment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

**I read and was given a completed copy of this Disclosure Statement on September 27, 2003, prior to signing the Note.**

BORROWER:

x ______________________________
JENNIFER C TRAPP, Individually

## Amount Financed Itemization

| | | |
|---|---|---|
| **Amount paid to Borrower directly:** | | $5,241.06 |
| $5,241.06 Lender's Check # | | |
| **Amount paid to others on Borrower's behalf:** | | $70,758.94 |
| $70,758.94 to NATIONAL CITY MTG | | |
| **Other Charges Financed:** | | $60.00 |
| $60.00 FILING FEE | | |
| **Total Financed Prepaid Finance Charges:** | | $75.00 |
| **Note Principal:** | | $76,135.00 |
| **Prepaid Finance Charges:** | | $75.00 |
| Financed: | $75.00 | |
| $75.00 LOAN ORIGINATION | | |
| In Cash: | $0.00 | |
| **Amount Financed:** | | $76,060.00 |



## DISCLOSURE STATEMENT

| Principal | Loan Date | Maturity | Loan No | Call / Coll | Account | Officer | Initials |
|---|---|---|---|---|---|---|---|
| $76,135.00 | 09-27-2003 | 10-01-2033 | 4 | | | | |

References in the shaded area are for Lender's use only and do not limit the applicability of this document to any particular loan or item.
Any item above containing "****" has been omitted due to text length limitations.

**Borrower:** THOMAS M TRAPP and JENNIFER C TRAPP
2564 ACORN DR
KETTERING, OH 45419

**Lender:** Bank One, N.A.
100 East Broad Street
Columbus, OH 43271

**Grantor:** THOMAS M TRAPP
2564 ACORN DR
KETTERING, OH 45419

| ANNUAL PERCENTAGE RATE<br>The cost of my credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost me. | Amount Financed<br>The amount of credit provided to me or on my behalf. | Total of Payments<br>The amount I will have paid after I have made all payments as scheduled. |
|---|---|---|---|
| 7.210% | $110,024.00 | $76,060.00 | $186,084.00 |

**PAYMENT SCHEDULE.** Borrower's payment schedule will be 360 monthly payments of $516.90 each, beginning November 1, 2003.

**PREFERRED RATE FEATURE.** The interest rate on this loan includes a preferred rate reduction. If the preferred rate reduction is terminated, the interest on my loan will increase to 7.450%. The increase will take the form of more payments of the same amount. Following is a description of the event that would cause the preferred rate reduction to terminate.

**Description of Event That Would Cause the Preferred Rate Reduction to Terminate.**
The rate reduction is a result of my election to remit the regular payments due through the use of automatic deductions from a Bank One account designated by me in a separate document. I understand that I must continue automatic payment deductions in order to receive this rate discount. If Lender or I terminate automatic payment deductions, whether voluntarily or involuntarily or for any reason whatsoever, my interest rate will increase by the amount of the rate reduction.

**EXAMPLE OF EFFECT OF INTEREST RATE INCREASE.** If the interest rate increased by 0.250% on October 30, 2003, I would have to make 38 additional payments.

**PROPERTY INSURANCE.** I may obtain property insurance from anyone I want that is acceptable to Lender.

**SECURITY.** A security interest is being given in MY HOME, in addition to Lender's security interest and other rights in my deposit accounts.

**LATE CHARGE.** If a payment is 10 days or more late Borrower will be charged $25.00.

**PREPAYMENT.** If I pay off early, I will not be entitled to a refund of the prepaid finance charges, and I may have to pay a penalty.

I will look at my contract documents for any additional information about nonpayment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

I read and was given a completed copy of this Disclosure Statement on September 27, 2003, prior to signing the Note.

**GRANTOR:**

X *Thomas M Trapp*
THOMAS M TRAPP, Individually

**DISCLOSURE STATEMENT** Page 2
Loan No: ~~4~~ (Continued)

## Amount Financed Itemization

| | |
|---|---|
| Amount paid to Borrower directly:<br>$5,241.06 Lender's Check # | $5,241.06 |
| Amount paid to others on Borrower's behalf:<br>$70,758.94 to NATIONAL CITY MTG | $70,758.94 |
| Other Charges Financed:<br>$60.00 FILING FEE | $60.00 |
| Total Financed Prepaid Finance Charges: | $75.00 |
| Note Principal: | $76,135.00 |
| Prepaid Finance Charges: | $75.00 |
|    Financed:    $75.00<br>      $75.00 LOAN ORIGINATION | |
|    In Cash:    $0.00 | |
| Amount Financed: | $76,060.00 |

BANK ONE.

# PROMISSORY NOTE

| Principal | Loan Date | Maturity | Loan No | Call / Coll | Account | Officer | Initials |
|---|---|---|---|---|---|---|---|
| $76,135.00 | 09-27-2003 | 10-01-2033 | [redacted] | | [redacted] | | |

References in the shaded area are for Lender's use only and do not limit the applicability of this document to any particular loan or item.
Any item above containing "*****" has been omitted due to text length limitations.

**Borrower:** THOMAS M TRAPP and JENNIFER C TRAPP
2564 ACORN DR
KETTERING, OH 45419

**Lender:** Bank One, N.A.
100 East Broad Street
Columbus, OH 43271

**Principal Amount: $76,135.00** **Interest Rate: 7.200%** **Date of Note: September 27, 2003**

**PROMISE TO PAY.** I ("Borrower") jointly and severally promise to pay to Bank One, N.A. ("Lender"), or order, in lawful money of the United States of America, the principal amount of Seventy-six Thousand One Hundred Thirty-five & 00/100 Dollars ($76,135.00), together with interest at the rate of 7.200% per annum on the unpaid principal balance from September 30, 2003, until paid in full. The interest rate on this Note will increase under the following circumstances: The rate reduction is a result of my election to remit the regular payments due through the use of automatic deductions from a Bank One account designated by me in a separate document. I understand that I must continue automatic payment deductions in order to receive this rate discount. If Lender or I terminate automatic payment deductions, whether voluntarily or involuntarily or for any reason whatsoever, my interest rate will increase by the amount of the rate reduction. The interest rate on this Note will increase as follows: The new rate will be determined by adding the amount of the reduction I received for making payments on this Note through automatic debit (0.25%) to the interest rate on this Note at the time the condition for the reduction terminates. The new rate will be effective on the first day of the month following the termination of the automatic payments. When my rate increases, the rate change will apply to all amounts I owe under the Note or any agreement related to this Note whether these amounts were due and owing or incurred before or after the change in the interest rate. I have also received my variable rate program disclosures earlier. Unless waived by Lender, any increase in the interest rate will increase my number of payments.

**PAYMENT.** I will pay this loan in 360 payments of $516.90 each payment. My first payment is due November 1, 2003, and all subsequent payments are due on the same day of each month after that. My final payment will be due on October 1, 2033, and will be for all principal and all accrued interest not yet paid. Payments include principal and interest.

**PREFERRED RATE REDUCTION.** The interest rate on this Note includes a preferred rate reduction. Following is a description of the event that would cause the preferred rate reduction to terminate and how the new rate will be determined upon termination of the preferred rate reduction.

> **Description of Event That Would Cause the Preferred Rate Reduction to Terminate.**
> The rate reduction is a result of my election to remit the regular payments due through the use of automatic deductions from a Bank One account designated by me in a separate document. I understand that I must continue automatic payment deductions in order to receive this rate discount. If Lender or I terminate automatic payment deductions, whether voluntarily or involuntarily or for any reason whatsoever, my interest rate will increase by the amount of the rate reduction.
> **How The New Rate Will Be Determined Upon Termination of the Preferred Reduction.**
> The new rate will be determined by adding the amount of the reduction I received for making payments on this Note through automatic debit (0.25%) to the interest rate on this Note at the time the condition for the reduction terminates. The new rate will be effective on the first day of the month following the termination of the automatic payments. When my rate increases, the rate change will apply to all amounts I owe under the Note or any agreement related to this Note whether these amounts were due and owing or incurred before or after the change in the interest rate. I have also received my variable rate program disclosures earlier.

Unless otherwise agreed or required by applicable law, payments will be applied first to accrued unpaid interest, then to principal, and any remaining amount to any unpaid collection costs and late charges. Interest on this Note is computed on a 365/365 simple interest basis; that is, by applying the ratio of the annual interest rate over the number of days in a year (366 during leap years), multiplied by the outstanding principal balance, multiplied by the actual number of days the principal balance is outstanding. I will pay Lender at Lender's address shown above or at such other place and such manner as Lender may designate in writing.

**PREPAYMENT.** I agree that all loan fees and other prepaid finance charges are earned fully as of the date of the loan and will not be refunded to me upon early payment (whether voluntary or as a result of default), except as otherwise required by law. Upon prepayment of this Note, Lender is entitled to the following prepayment fee: If you pay off your loan in full within thirty (30) months of the date you close your loan, you will have to pay a Prepayment Fee of 1% of the original loan amount or $500.00 whichever is less. Except for the foregoing, I may pay all or a portion of the amount owed earlier than it is due. Early payments will be applied first as noted above in the Payment paragraph and then to my next accruing payment(s). Partial payment of any regular payment will not relieve me of my obligation to make the remainder of the partial payment when due. Depending on my payment history, early payments may reduce the principal balance due and may result in my making fewer payments. I agree not to send Lender payments marked "paid in full", "without recourse", or similar language. If I send such a payment, Lender may accept it without losing any of Lender's rights under this Note, and I will remain obligated to pay any further amount owed to Lender. All written communications concerning disputed amounts, including any check or other payment instrument that indicates that the payment constitutes "payment in full" of the amount owed or that is tendered with other conditions or limitations or as full satisfaction of a disputed amount must be mailed or delivered to: Bank One, P.O. Box 901008 Fort Worth, TX 76101-2008.

**LATE CHARGE.** If a payment is 10 days or more late I will be charged $25.00.

**INTEREST AFTER DEFAULT.** Upon default, including failure to pay upon final maturity, the total sum due under this Note will bear interest from the date of acceleration or maturity at the interest rate on this Note. The interest rate will not exceed the maximum rate permitted by applicable law.

**DEFAULT.** I will be in default under this Note if any of the following happen:

> **Payment Default.** I fail to make any payment when due under this Note.
>
> **Break Other Promises.** I break any promise made to Lender or I fail to perform promptly at the time and strictly in the manner provided in this Note or in any agreement related to this Note, or in any other agreement or loan I have with Lender.
>
> **False Statements.** Any representation or statement made or furnished to Lender by me or on my behalf under this Note or the related documents is false or misleading in any material respect, either now or at the time made or furnished.
>
> **Death or Insolvency.** Any Borrower dies or becomes insolvent; a receiver is appointed for any part of my property; I make an assignment for the benefit of creditors; or any proceeding is commenced either by me or against me under any bankruptcy or insolvency laws.
>
> **Taking of the Property.** Any creditor or governmental agency tries to take any of the property or any other of my property in which Lender has a lien. This includes taking of, garnishing of or levying on my accounts with Lender.
>
> **Defective Collateralization.** This Note or any of the related documents ceases to be in full force and effect (including failure of any collateral document to create a valid and perfected security interest or lien) at any time and for any reason.
>
> **Collateral Damage or Loss.** Any collateral securing this Note is lost, stolen, substantially damaged or destroyed and the loss, theft, substantial damage or destruction is not covered by insurance.
>
> **Property Damage or Loss.** The Property is lost, stolen, substantially damaged, sold, or borrowed against.
>
> **Events Affecting Guarantor.** Any of the preceding events occurs with respect to any guarantor, endorser, surety, or accommodation party of any of the indebtedness or any guarantor, endorser, surety, or accommodation party dies or becomes incompetent, or revokes or disputes the validity of, or liability under, any guaranty of the indebtedness evidenced by this Note.

**LENDER'S RIGHTS.** Upon default, Lender may declare the entire unpaid principal balance on this Note and all accrued unpaid interest immediately due, and then I will pay that amount.

**EXPENSES.** To the extent not prohibited by applicable law, all reasonable expenses Lender incurs that in Lender's opinion are necessary at any time for the protection of its interest or the enforcement of its rights, shall become a part of the loan payable on demand, and shall bear interest at the Note rate from the date of expenditure until repaid. Expenses covered by this paragraph include, without limitation, however subject to any limits under applicable law, Lender's expenses for bankruptcy proceedings (including efforts to modify or vacate the automatic stay or injunction) and appeals, to the extent permitted by applicable law.

**GOVERNING LAW.** This agreement will be governed by and interpreted in accordance with federal law and the laws of the State of Ohio, except for matters related to interest and the exportation of interest, which matters will be governed by and interpreted in accordance with

**PROMISSORY NOTE**
(Continued)

Page 2

Loan No: ███████████

federal law (including, but not limited to, statutes, regulations, interpretations, and opinions) and laws of the State of Ohio. However, if there ever is a question about whether any provision of the agreement is valid or enforceable, the provision that is questioned will be governed by whichever state or federal law would find the provision to be valid and enforceable. The loan transaction which is evidenced by this and other related documents has been approved, made and funded, and all necessary documents have been accepted by Lender in the State of Ohio.

**DISHONORED ITEM FEE.** I will pay a fee to Lender of $25.00 if I make a payment on my loan and the check or preauthorized charge with which I pay is later dishonored.

**COLLATERAL.** I acknowledge this Note is secured by a Mortgage dated September 27, 2003, to Lender on real property located in MONTGOMERY County, State of Ohio, all the terms and conditions of which are hereby incorporated and made a part of this Note.

**COLLECTION COSTS.** If you are in default under the terms of this Agreement, we may take all lawful action under applicable law to collect the money you owe us. It is our intent to collect only those attorney's fees and those expenses, court and collection costs permitted by the laws of your state and the United States (including the bankruptcy laws of the United States). You agree to pay only those collection costs and attorney's fees that we actually incur and that we may lawfully collect from you. If the laws of your state will not let us collect all or some of these collection costs and attorney's fees from you, we will not do so. To the extent the laws of your state prohibit us from contracting with you to collect such fees or costs or prohibit us from including this provision in your agreement with us, this provision is severed from this Agreement, is of no force and effect and your contract will be read and interpreted without this provision except to the extent federal law may now or hereafter preempt the law of your state.

**DEPOSIT ACCOUNTS.** As collateral security for repayment of this Note and all renewals and extensions, I grant Lender a continuing security interest in, and hereby assign, convey, deliver, pledge and transfer to Lender all my right, title and interest in and to any and all funds that I may now and in the future have on deposit with Lender and any other affiliate of Bank One Corporation. This includes all accounts I hold jointly with someone else and certificates of deposit. It does not include IRA, pension, and other tax deferred deposits, or any accounts in which I am acting in a fiduciary capacity for a person or entity other than myself, or in which the grant of a security interest would be prohibited by applicable law. I further agree that Lender may at any time, to the extent permitted by applicable law, apply any funds that I may have on deposit with Lender or any Bank One Corporation affiliate against the unpaid balance of this Note, including principal, interest, fees, costs, expenses and attorney's fees.

**IDENTITY OF LENDER.** Lender is Bank One, N.A., a national banking association with its main offices located in Columbus, Ohio.

**INFORMATION SHARING.** The Bank One Consumer Privacy Policy, which has been provided to you describes our information sharing practices and gives directions on how to opt out, or direct us to limit the sharing of Personal Information (as defined in the Privacy Policy) about you with other companies or organizations. You hereby agree that, if you choose not to exercise the opt outs described in the Privacy Policy, you will be deemed to have authorized us to share any Personal Information about you (including information related to any of the products or services you may have with any Bank One company) with other companies or other organizations.

**APPLICATION OF PAYMENTS.**
Credit Insurance. If I have chosen to purchase credit insurance, my payments will be applied first to accrued unpaid interest, then to principal, then to any billed and unpaid credit insurance premiums (incurred prior to cancellation of coverage or maturity of the Note however that maturity is brought about) and any remaining amount to unpaid collection costs, late charges and other charges incurred under the terms of this Note or any agreement related to this Note. Notwithstanding the terms of the PREPAYMENT paragraph above, early payments will not, unless agreed to by Lender in writing, relieve me of my obligation to continue to make payments as required in my payment schedule set out in the PAYMENT paragraph of this Note. Rather, early payments will reduce the principal balance owed and may result in my making fewer payments.
No Credit Insurance. If I have not chosen to purchase credit insurance, my payments will be applied first to accrued unpaid interest, then to principal and any remaining amount to unpaid collection costs, late charges and other charges incurred under the terms of this Note or any agreement related to this Note.

**SUPPLEMENT TO PAYMENT PARAGRAPH.** Payments include principal, interest and credit insurance premiums only if I have been offered and have voluntarily chosen to purchase a credit insurance product, pay the premium at one time, and include the premium amount in my loan balance (single premium credit insurance products). If (1) single premium or monthly bill credit insurance products are not available, (2) I have decided I do not want to purchase single premium credit insurance, (3) I have decided to purchase credit insurance by paying the insurance premium on a monthly basis (monthly bill insurance product), or (4) I have decided not to purchase the monthly bill product, then my loan payments will include only principal and interest together with any other sums I may owe under the terms of this Note or any security instrument securing this Note.

**NOTIFY US OF INACCURATE INFORMATION WE REPORT TO CONSUMER REPORTING AGENCIES.** Please notify us if we report any inaccurate information about your account(s) to a consumer reporting agency. Your written notice describing the specific inaccuracy(ies) should be sent to us at the following address: Bank One, P.O. Box 901008, Fort Worth, TX 76101-2008

**GENERAL PROVISIONS.** If any part of this Note cannot be enforced, this fact will not affect the rest of the Note. I do not agree or intend to pay, and Lender does not agree or intend to contract for, charge, collect, take, reserve or receive (collectively referred to herein as "charge or collect"), any amount in the nature of interest or in the nature of a fee for this loan, which would in any way or event (including demand, prepayment, or acceleration) cause Lender to charge or collect more for this loan than the maximum Lender would be permitted to charge or collect by federal law or the law of the State of Ohio (as applicable). Any such excess interest or unauthorized fee shall, instead of anything stated to the contrary, be applied first to reduce the principal balance of this loan, and when the principal has been paid in full, be refunded to me. Lender may delay or forgo enforcing any of its rights or remedies under this Note without losing them. I and any other person who signs, guarantees or endorses this Note, to the extent allowed by law, waive presentment, demand for payment, and notice of dishonor. Upon any change in the terms of this Note, and unless otherwise expressly stated in writing, no party who signs this Note, whether as maker, guarantor, accommodation maker or endorser, shall be released from liability. All such parties agree that Lender may renew or extend (repeatedly and for any length of time) this loan or release any party or guarantor or collateral; or impair, fail to realize upon or perfect Lender's security interest in the collateral. All such parties also agree that Lender may modify this loan without the consent of or notice to anyone other than the party with whom the modification is made. The obligations under this Note are joint and several. This means that the words "I", "me", and "my" mean each and all of the persons signing below.

PRIOR TO SIGNING THIS NOTE, I, AND EACH OF US, READ AND UNDERSTOOD ALL THE PROVISIONS OF THIS NOTE. I, AND EACH OF US, AGREE TO THE TERMS OF THE NOTE.

I ACKNOWLEDGE RECEIPT OF A COMPLETED COPY OF THIS PROMISSORY NOTE.

BORROWER:

X _____    _____
THOMAS M TRAPP, Individually            JENNIFER C TRAPP, Individually