# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO

IN RE:

Thomas M. Trapp
Jennifer C. Trapp

        Debtors

Case No. 06-32675
Chapter 13

Judge Humphrey

### RELIEF FROM STAY/ADEQUATE PROTECTION EXHIBIT AND WORKSHEET–REAL ESTATE

Real property address which is the subject of this motion: 2564 Acorn Drive, Dayton, OH 45419

**DEBT / VALUE REPRESENTATIONS:**

| | |
|---|---|
| Total indebtedness of the debtor(s) at the time of filing the motion for relief from stay (not to be relied upon as a payoff quotation): | $ 73,740.94 |
| Movant's estimated market value of the real property | $ 88,310.00 |
| Source of the estimated valuation Auditor's Records | |

**STATEMENT OF ARREARAGE:**

| | |
|---|---|
| (1) As of petition filing date: | $ 0.00 |
|     Amounts paid after the date of filing to be applied to the prepetition default: | $ 0.00 |
| (2) Postpetition: | $ 2,584.50 |
| (3) Monthly payment amount: | $ 516.90 |
| (4) Date of Last Payment:     January 1, 2010 | |
| (5) Amount of Last Payment: | $ 516.90 |

# of payments due postpetition     43
# of payments received postpetition     38
# of payments in default postpetition     05

| | |
|---|---|
| Total amount of postpetition payments currently in default | $ 2,584.50 |
| + Postpetition late charges | $ 0.00 |
| = Total Postpetition Arrearage | $ 2,584.50 |

**OTHER LOAN INFORMATION:**

| | |
|---|---|
| Date of the Loan | September 27, 2003 |
| Current Interest Rate | 7.2% |

Money paid to and held by the mortgagee but not applied to the loan    N/A   ; if held in the form of checks, balance of such checks $   N/A  , and identity of holder of the checks   N/A  .

This Exhibit and Worksheet was prepared by:

/s/ Erin A Jochim
Erin A Jochim, Case Attorney
LERNER, SAMPSON & ROTHFUSS
Bar Registration No. 0077062
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3920
(513) 354-6464 fax
sohbk@lsrlaw.com

| Account Name: | Thomas Trapp | | Total Amount Due | $22,226.70 |
|---|---|---|---|---|
| Account Number: | | | Total Amount Paid | $19,642.20 |
| Fortracs Number: | 10313878 | | Post Petition Amount Due | $2,584.50 |
| Case Number: | 06-32675 | | | |
| Date Filed | 09/21/06 | | | |
| First Post Petition Due: | 10/01/06 | | | |
| Number of Extensions: | 0 | | | |

| Date Due | Amount Due | Date Paid | Amount Paid | Post Petition Months Due | Amounts Due |
|---|---|---|---|---|---|
| 04/01/10 | $516.90 | | | 04/01/10 | $516.90 |
| 03/01/10 | $516.90 | | | 03/01/10 | $516.90 |
| 02/01/10 | $516.90 | | | 02/01/10 | $516.90 |
| 01/01/10 | $516.90 | | | 01/01/10 | $516.90 |
| 12/01/09 | $516.90 | | | 12/01/09 | $516.90 |
| 11/01/09 | $516.90 | 01/01/10 | $516.90 | 11/01/09 | $0.00 |
| 10/01/09 | $516.90 | 10/01/09 | $516.90 | | |
| 09/01/09 | $516.90 | 09/01/09 | $516.90 | | |
| 08/01/09 | $516.90 | 08/01/09 | $516.90 | | |
| 07/01/09 | $516.90 | 07/01/09 | $516.90 | | |
| 06/01/09 | $516.90 | 06/01/09 | $516.90 | | |
| 05/01/09 | $516.90 | 05/01/09 | $516.90 | | |
| 04/01/09 | $516.90 | 04/01/09 | $516.90 | | |
| 03/01/09 | $516.90 | 03/01/09 | $516.90 | | |
| 02/01/09 | $516.90 | 02/01/09 | $516.90 | | |
| 01/01/09 | $516.90 | 01/01/09 | $516.90 | | |
| 12/01/08 | $516.90 | 12/01/08 | $516.90 | | |
| 11/01/08 | $516.90 | 11/01/08 | $516.90 | | |
| 10/01/08 | $516.90 | 10/01/08 | $516.90 | | |
| 09/01/08 | $516.90 | 09/01/08 | $516.90 | | |
| 08/01/08 | $516.90 | 08/01/08 | $516.90 | | |
| 07/01/08 | $516.90 | 07/01/08 | $516.90 | | |
| 06/01/08 | $516.90 | 06/01/08 | $516.90 | | |
| 05/01/08 | $516.90 | 05/01/08 | $516.90 | | |
| 04/01/08 | $516.90 | 04/01/08 | $516.90 | | |
| 03/01/08 | $516.90 | 03/01/08 | $516.90 | | |
| 02/01/08 | $516.90 | 02/01/08 | $516.90 | | |

| Date | Amount | Date | Amount |
|---|---|---|---|
| 01/01/08 | $516.90 | 01/01/08 | $516.90 |
| 12/01/07 | $516.90 | 12/01/07 | $516.90 |
| 11/01/07 | $516.90 | 11/01/07 | $516.90 |
| 10/01/07 | $516.90 | 10/01/07 | $516.90 |
| 09/01/07 | $516.90 | 09/01/07 | $516.90 |
| 08/01/07 | $516.90 | 08/01/07 | $516.90 |
| 07/01/07 | $516.90 | 07/01/07 | $516.90 |
| 06/01/07 | $516.90 | 06/01/07 | $516.90 |
| 05/01/07 | $516.90 | 05/01/07 | $516.90 |
| 04/01/07 | $516.90 | 04/01/07 | $516.90 |
| 03/01/07 | $516.90 | 03/01/07 | $516.90 |
| 02/01/07 | $516.90 | 02/01/07 | $516.90 |
| 01/01/07 | $516.90 | 01/01/07 | $516.90 |
| 12/01/06 | $516.90 | 12/01/06 | $516.90 |
| 11/01/06 | $516.90 | 11/01/06 | $516.90 |
| 10/01/06 | $516.90 | 10/01/06 | $516.90 |