UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

In re:                                              Case No.  06-32675

    Thomas M. Trapp,                         Chapter 13
    Jennifer C. Trapp,                        Judge Humphrey

        Debtors.
==================================================
**OBJECTION TO MOTION FOR STAY RELIEF**
==================================================

    Now come the debtors, through counsel, and object to the Motion for Stay Relief filed herein on April 21, 2010, by JP Morgan Chase Bank, for the reason that debtors now have all money necessary to completely catch up their mortgage and are sending it to the creditor/movant forthwith and will keep all payments on time in the future.

    Debtors respectfully prays that the motion be denied.

                                             Respectfully submitted,

                                             /s/ *Michael J. Ellerbrock*
                                            Michael J. Ellerbrock (0023289)
                                            Attorney for Debtor
                                            4403 North Main Street
                                            Dayton, Ohio   45405
                                            (937) 275-0944
                                            mellerbrock.ecf@earthlink.net

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing objection has been sent to Jeffrey M. Kellner, Chapter 13 Trustee, and to the Office of the U S Trustee (by electronic filing); to Erin A. Jochim, Attorney for Creditor, P O Box 5480, Cincinnati, Ohio 45201–5480; and to the debtors, Mr. & Mrs. Thomas Trapp, 2564 Acorn Drive, Dayton, Ohio 45419 on date filing by ordinary U S Mail.

                                             /s/ *Michael J. Ellerbrock*
                                            Michael J. Ellerbrock (0023289)
                                            Attorney for Debtor