BK1003829
AJT

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## AT DAYTON BANKRUPTCY COURT

| | |
|---|---|
| IN RE: | Case No. 06-32675 |
| | Chapter 13 |
| Thomas M. Trapp | Judge Humphrey |
| Jennifier C. Trapp | |
|     Debtors | |
| | **WITHDRAWAL OF MOTION FOR RELIEF FROM STAY OF JPMORGAN CHASE BANK, N.A. SUCCESSOR BY MERGER TO BANK ONE, N.A. BY AND THROUGH CHASE HOME FINANCE LLC ITS SERVICER (PROPERTY LOCATED AT: 2564 ACORN DRIVE KETTERING, OH 45419)** |

Now comes JPMorgan Chase Bank, N.A. successor by merger to Bank One, N.A. by and through Chase Home Finance LLC its servicer, and hereby withdraws its Motion for Relief From Stay previously filed herein with the Court on April 21, 2010 as Docket #46.

/s/ Erin A Jochim
Erin A Jochim, Case Attorney
LERNER, SAMPSON & ROTHFUSS
Bar Registration No. 0077062
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3920
(513) 354-6464 fax
sohbk@lsrlaw.com

1

## CERTIFICATE OF SERVICE

  The undersigned certifies that a copy of the foregoing Withdrawal of Motion for Relief From Stay of the secured creditor, JPMorgan Chase Bank, N.A. successor by merger to Bank One, N.A. by and through Chase Home Finance LLC its servicer, was electronically transmitted on or about May 17, 2010 via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice list:

Michael J Ellerbrock, Esq.
4403 North Main Street
Dayton, OH 45405
mellerbrock.ecf@earthlink.net

Jeffrey M. Kellner, Trustee
131 North Ludlow Street
Suite 900
Dayton, OH 45402-1161
ecfclerk@dayton13.com

Office of the US Trustee
170 North High Street, Ste. 200
Columbus, OH 43215
ustpregion09.cb.ecf@usdoj.gov

  The undersigned certifies that a copy of the foregoing Withdrawal of Motion for Relief From Stay of the secured creditor, JPMorgan Chase Bank, N.A. successor by merger to Bank One, N.A. by and through Chase Home Finance LLC its servicer, was transmitted on or about May 17, 2010 via regular U.S. mail, postage pre-paid:

Thomas M. Trapp
2564 Acorn Drive
Dayton, OH 45419

Jennifer C. Trapp
2564 Acorn Drive
Dayton, OH 45419

Chase Mortgage
PO Box 24714
Columbus, OH 43224

Hugh Quill, Treasurer
451 W Third Street
Dayton, OH 45422-0475

/s/ Erin A Jochim
Erin A Jochim, Case Attorney
LERNER, SAMPSON & ROTHFUSS
Bar Registration No. 0077062
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3920
(513) 354-6464 fax
sohbk@lsrlaw.com